In the Matter of the Probate of the Will of CATHERINE HARDER, deceased.

(Argued January 19, 1885; decided February 3, 1885.)

*R. E. Andrews* for appellant.

*Charles E. Patterson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.